UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| ITSHAK BATASHVILI, on behalf of himself and all other similarly situated consumers, | Magistrate Judge: Viktor V. Pohorelsky |
| Plaintiff, | Case No. 1:12-cv-2165 |
| v. | **DEFENDANT'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE AUGUST 14, 2012 INITIAL CASE MANAGEMENT CONFERENCE** |
| ASSET MANAGEMENT PROFESSIONALS, LLC, | |
| Defendant. | |

-----------------------------------------------------------X

Defendant, Asset Management Professionals, LLC, through counsel, moves this Court for permission for Michael D. Slodov to appear by telephone for the initial case management conference scheduled on August 14, 2012 at 12:00 p.m. Plaintiff's counsel has no objection and granting the relief sought in this motion would not prejudice any party.

WHEREFORE, defendant, Asset Management Professionals, LLC, respectfully requests this Court grant the instant Motion and grant any such further relief as this Court deems necessary.

Respectfully submitted,

/s/ Michael D. Slodov
Michael D. Slodov, Esq.
*Admitted Pro Hac Vice*
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
(fax) (216) 359-0049
(email) mslodov@sessions-law.biz

>Aaron R. Easley, Esq. (ae9922)
>SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
>200 Route 31 North, Suite 203
>Flemington, NJ 08822-5736
>Telephone: (908) 751-5940
>Facsimile: (908) 751-5944
>aeasley@sessions-law.biz
>
>Attorneys for Defendant,
>Asset Management Professionals, LLC

**PROOF OF SERVICE**

    I hereby certify that on July 11, 2012 a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>/s/ Michael D. Slodov
>Michael D. Slodov, SCR# 0051678

\\sfnfs02\prolawdocs\9947\9947-29522\Batashvili, Itshak\830512.doc